NUMBER 13-04-021-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____ ____________________________________________________
 
THOMAS LEO NOVOTNY,                                                 Appellant,

v.

LUIS R. HERNANDEZ, INDIVIDUALLY AND D/B/A 
LUIS R. HERNANDEZ, L.L.C. AND 3901 ENTERTAINMENT
CORPORATION AND EDRIGA, INC.,                                   Appellees.
_______________ __________________________________________

On appeal from the 404th District Court
of Cameron County, Texas.
______________________________________________ __________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, THOMAS LEO NOVOTNY, attempted to perfect an appeal from a
judgment entered by the 404th District Court of Cameron County, Texas, in cause
number 2003-02-1131-G. After the notice of appeal was filed, appellant filed a
motion to withdraw appeal. In the motion, appellant states that he no longer wishes
to prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
withdraw appeal, is of the opinion that the motion should be granted. Appellant’s
motion to withdraw appeal is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 4th day of March, 2004.